Law Office of Andrea Paparella, PLLC
150 W. 28th Street, Suite 1603
New York, New York 10001
Phone: 212-675-2523  Fax: 914-462-3287
Email: amp@andreapaparella.com

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OUMAR LEGELEGE,

        Plaintiff,

-against-

MANGARONI, LLC D/B/A IL BASTARDO and EL COCO, TAREK ALAM, ROBERT MALTA, FERNANDO (DOE, LAST NAME UNKNOWN), NAJA(DOE, LAST NAME UNKNOWN) and SHERIF IBRAHIM,

        Defendants.

-------------------------------------------------------------------X

Case/Index No.: 1:19-cv-01561-PGG-KHP

DEFENDANT SERVED:
ROBERT MALTA

The Under Signed, a New York licensed process server (New York license number 1350897) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

I am over the age of eighteen years and am not a party to this action.

That on the __18th__ day of __May__ 20__19__ @ __9:57pm__

at: __C/O IL Bastardo, 544 W. 27th Street, New York, NY 10001__

Deponent Served within __Amended Summons, Civil Cover Sheet, USDC So Ordered & Complaint__ on __ROBERT MALTA__

by delivering and leaving a true copy with __Syed Hug (manager at IL Bastardo)__

who stated is an authorized person at MANGARONI, LLC D/B/A IL BASTARDO

Description:(deponent describes the individual served as following)

| | | |
|---|---|---|
| Sex: M | Skin: Wt | Color of Hair: Bk |
| Approx. Age: 30's | Approx. Weight: 180 | Approx. Height: 5'6 |

Mailing: 05/19/2019

Deponent enclosed 1 copy of same in a postpaid envelope properly addressed to the defendant and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the United States. The envelope bore the legend "Personal and Confidential" addressed to: __ROBERT MALTA__
__C/O IL Bastardo, 544 W. 27th Street, New York, NY 10001__

The above envelope did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against the defendant.

I declare under a penalty of perjury that all of the above information is true and correct

Executed on: 05/19/2019

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY):1350897

_____
Signature of Server