UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

OUMAR LEGELEGE,

                              Plaintiff,                        19-CV-1561 (PGG) (KHP)

         -against-                               **ORDER**

MANARONI, LLC, d/b/a IL BASTARDO, et el.,

                             Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 27, 2020 the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the stay in this action is hereby lifted and the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The parties shall have until **April 3, 2020** to amend the pleadings.

**Discovery.** Initial disclosures are due by **March 18, 2020**. The parties are directed to exchange documents demonstrating that Plaintiff worked for Defendants. If Defendants are claiming they are judgment proof, they must also produce tax returns supporting this claim. The deadline to complete all discovery is **July 10, 2020**.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this responsibility carries serious consequences. Requests for any and all documents on a broad topic are presumptively improper. Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited. *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Settlement Conference.** A settlement conference is scheduled for **April 24, 2020 at 10:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 17, 2020 by 5:00 p.m.** Plaintiff must make an offer of settlement by no later than **April 9, 2020** and Defendants must make a counteroffer by no later than **April 16, 2020**.

**SO ORDERED.**

DATED:	New York, New York
	March 2, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge