# LEVENSON LAW LLC

625 W. 51st Street
New York, NY 10019
Tel. (212) 957-9200
Fax (201) 632-4822
Email slevensonesq@gmail.com
Admitted to Practice in NY, NJ, PA & CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

VIA ECF

April 23, 2020

> The settlement conference is hereby adjourned to **July 22, 2020 at 2:00 p.m.** Pre-conference submissions are due one week prior to the conference. The settlement conference will take place in courtroom 17D, 500 Pearl Street, New York 10007.

Hon. Katharine H. Parker
US Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

4/23/20202

RE: Legelege v. Mangaroni, LLC et. al.
19-cv-01561-PGG-KHP

Dear Judge Parker:

    The undersigned represents the Defendants in the above entitled matter. Upon consultation with Plaintiff's counsel, Andrea Paparella, Esq., we have both agreed that a settlement conference would not be fruitful or productive at this time in light of the government mandated shut down of the Defendants' restaurant business. We are therefore jointly requesting that the settlement conference scheduled for tomorrow, April 24, 2020 at 10am, be adjourned to such time as the Defendants' business will be able to get "back on its feet." We are seeking a July, 2020 date for the settlement conference. Counsel have cleared July 10th & 13th as dates that will work. Please advise if either of those dates are acceptable, or if the Court would like to suggest some other date(s).

Sincerely,

Scott Levenson, Esq.

cc: Andrea Paparella, Esq.
    via ECF & email