```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

OUMAR LEGELEGE,

                               Plaintiff,                              **19-CV-1561 (PGG) (KHP)**

                -against-                                       <u>**ORDER**</u>

MANGARONI, LLC, d/b/a IL BASTARDO, et el.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       Consistent with the case management conference held yesterday in the above-referenced matter, the parties are directed as follows:

       Both parties' discovery requests must be served by <u>**September 18, 2020**</u>.  Responses to those requests will be due by <u>**October 19, 2020**</u>.  To the extent that Defendants Malta and Alam have control of or access to responsive documents from the unrepresented entities in this case, the Defendants must produce those documents to Plaintiff.  Further, counsel for Defendants Malta and Alam shall provide Plaintiff's counsel with dates in the first two weeks of November 2020 for those Defendants' respective depositions.  Plaintiff's counsel is similarly directed to provide a deposition date within the first two weeks of November 2020 for the deposition of Plaintiff Legelege.

       There will be a telephonic status conference in this matter held on <u>**October 26, 2020 at 11:00 a.m.**</u> Counsel for the parties are directed to call into the court conference line on the scheduled date and at the scheduled time listed above.  **Please dial (866) 434-5269; Access Code: 4858267.**  If the parties would like to discuss specific discovery issues at the October 26

conference, the parties may submit a joint three-page letter to the Court a week in advance of the conference. The letter should briefly state each party's position on the issues to be addressed.

**SO ORDERED.**

DATED:  New York, New York
September 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge