# LEVENSON LAW LLC

625 W. 51st Street
New York, NY 10019
Tel. (212) 957-9200
Fax (201) 632-4822
Email slevensonesq@gmail.com
Admitted to Practice in NY, NJ, PA & CT

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 01/29/2021

(Via ECF)

**MEMO ENDORSED**

January 28, 2021

> **The telephonic Status Conference scheduled for Thursday, February 4, 2021 at 12:00 p.m. is hereby rescheduled to Friday, February 5, 2021 at 11:00 a.m.** The parties are directed to dial-in to the Court's conference line at the scheduled time. Please (866) 434-5269; Access Code: 4858267.
>
> SO ORDERED:
>
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 01/29/2021

Hon. Katharine H. Parker
US Courthouse
500 Pearl Street
New York, NY 10007

Legelege v. Mangaroni, LLC et. al.
Docket No. 1:19-cv-01561

Dear Judge Parker:

     As you know, the undersigned represents Defendants, Malta and Alam, in the above referenced action. Following my conversation with chambers today, I am writing to request an adjournment of the conference currently scheduled for February 4, 2021 @ 12:00pm. It conflicts with another matter that I must appear in at the same date and time. I have discussed this request with counsel for Plaintiff, Andrea Paparella, and she has consented to the same

Sincerely,

/s/ Scott Levenson

Scott Levenson, Esq.