**Law Office of Andrea Paparella, PLLC**

**Pandemic Mailing Address:**

**4 Dunlap Street**
**Salem, MA  01970**
**Phone: 617-680-2400**
**Fax: 914-462-3287**
**Email: amp@andreapaparella.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2021
```

June 2, 2021

**BY ECF**
The Honorable Katharine H. Parker
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

06/02/2021

Re:   *Oumar Legelege v. Mangaroni, LLC d/b/a Il Bastardo and El Coco, et al.*; 19 Civ. 1561 (PGG) (KHP): Extension Requests

Dear Judge Parker:

We represent Plaintiff Oumar Legelege. We respectfully write jointly with Defendants Tarek Alam and Robert Malta (the "Parties") to request that, due to unforeseen circumstances, the Court extend the deadline for settlement agreement finalization and the Cheeks submission from Friday, June 4, 2021, Dkt. 133, to Friday, June 18, 2021. This is the fourth request to extend the Cheeks deadline.

The original deadline was April 9, 2021, as Your Honor ordered at the March 17, 2021 Court Conference. Your Honor then granted the Parties' requests to extend the original deadline to Friday, April 30, 2021, Dkt. 129, then to Friday, May 14, 2021, Dkt. 131, and then to Friday June 4, 2021, Dkt. 133.

Respectfully submitted,

Andrea Paparella

cc:   slevensonesq@gmail.com (by ECF & email)