UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUMAR LEGELEGE,

                Plaintiff,

- against -

MANGARONI, LLC, d/b/a IL BASTARDO and EL COCO; TAREK ALAM; ROBERT MALTA, FERNANDO [DOE, LAST NAME UNKNOWN]; NAJA [DOE, LAST NAME UNKNOWN], and SHERIF IBRAHIM,

                Defendants.

**ORDER**

19 Civ. 1561 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On July 15, 2021, the parties submitted a joint memorandum of law in support of a proposed settlement of Plaintiff's FLSA, employment discrimination, and retaliation claims. (Dkt. No. 141) Plaintiff's counsel seeks an attorney's fee award amounting to 40% of the gross settlement amount. (Id. at 10) Counsel's request is premised in large part on the fact that she retained two outside lawyers to perform work on this case at a cost of $9,770. (Id.) Plaintiff's counsel does not explain why it was necessary for her to retain outside lawyers, nor does she explain why she could not have performed the work herself, or why she agreed to accept the case if she could not perform the necessary work. Given these circumstances, the Court will not approve an attorney's fee award greater than the customary $33^{1}/_{3}$ %. The $33^{1}/_{3}$ % fee will be calculated on the net settlement amount after deducting expenses. The parties will inform the Court by August 19, 2021 how they wish to proceed.

Dated: New York, New York
       August 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge