USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OUMAR LEGELEGE,

                              Plaintiff,

               -against-

MANARONI, LLC, d/b/a IL BASTARDO, et el.,

                              Defendants.
----------------------------------------------------------------X

19-CV-1561 (PGG) (KHP)

**ORDER CONVERTING SETTLEMENT TO TELEPHONIC CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Settlement Conference in this matter scheduled for **Thursday, October 14, 2021 at 2:00 p.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

      SO ORDERED.

DATED:    New York, New York
              October 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge