USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

OUMAR LEGELEGE,

                              Plaintiff,

           -against-

MANARONI, LLC, d/b/a IL BASTARDO, et el.,

                            Defendants.
----------------------------------------------------------------X

**19-CV-1561 (PGG) (KHP)**

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Settlement Status Conference in this matter is hereby scheduled for **Wednesday, December 1, 2021 at 10:00 a.m.** The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. A security code will be emailed to counsel by chambers for this proceeding.

      SO ORDERED.

DATED:     New York, New York
               October 27, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge